UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Public Employees For Environmental Responsibility, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Civil Action No. 1:08-cv-00126 (JDB) ) ECF |
| U.S. Fish and Wildlife Service, | ) ) ) |
| Defendant | ) ) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)
RaymondMartinez2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February I caused the foregoing Notice to be served on, **Paula Dinerstein & Adam E. Draper,** attorneys for Plaintiff, by first class mail postage prepaid, addressed as follows:

Paula Dinerstein & Adam E. Draper
Staff Counsel
Public Employees for Environmental Responsibility
2000 P Street, NW Suite 240
Washington, D.C. 20036
202-265-7337

__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
Raymond.Martinez@usdoj.gov