UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Employees For Environmental Responsibility | ) ) |
| Plaintiff - | ) |
| v. | ) |
|  | ) Civil Action No. 1:08-cv-00126(JDB) |
|  | )         (ECF) |
| U.S. Fish and Wildlife Service | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

## AMENDMENT TO MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND

Defendants, U.S. Fish and Wildlife Services (USFAW), by and through undersigned counsel, hereby amends paragraph 5 of its Motion to Extend Time or otherwise respond filed on February 25, 2008 to read as follows:

5. Undersigned counsel has conferred with Plaintiff's counsel pursuant to Local Rule 7(m) and Plaintiff's counsel does object any enlargement of time. Despite Plaintiff's objection good cause still exist for this extension. Additional time of 120 days is needed by the Agency to process Plaintiff's request.

This amendment is based on additional conversations with Plaintiff's counsel. All else remains the same.

Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to July 1, 2008.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2008, I caused the foregoing *Motion to Extend Time* to be served on *attorneys for* Plaintiff, postage prepaid, addressed as follows:

Paula Dinerstein & Adam E. Draper
Counsel for Plaintiff
Public Employees for Environmental Responsibility
2000 P Street, NW Suite 240
Washington, D.C. 20036
202-265-7337

                                         /s/
                                         Raymond A. Martinez
                                         Special Assistant United States Attorney
                                         555 4th Street, NW
                                         Civil Division
                                         Washington, D.C.  20530
                                         (202) 514-9150
                                         (202) 514-8780 (facsimile)