AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE January 29, 2008 |
| NAME OF SERVER (PRINT) ADAM DRAPER | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date            Signature of

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20240   OFFICIAL USE

| Postage | $ | $1.31 | 0281 |
| Certified Fee |  | $2.65 | 11 |
| Return Receipt Fee (Endorsement Required) |  | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) |  | $0.00 |  |
| Total Postage & Fees | $ | $6.11 | 01/25/2008 |

Sent To: H. Dale Hall - U.S. Fish & Wildlife Service
Street, Apt. No.; or PO Box No. 1849 C Street, N.W.
City, State, ZIP+4 Washington, D.C. 20240

PS Form 3800, August 2006                See Reverse for Instructions

7007 2680 0002 9779 4763

---

**UNITED STATES POSTAL SERVICE®**

**Track & Confirm**

**Search Results**

Label/Receipt Number: **7007 2680 0002 9779 4763**
Detailed Results:
- Delivered, January 29, 2008, 8:34 am, WASHINGTON, DC 20240
- Arrival at Unit, January 29, 2008, 2:52 am, WASHINGTON, DC 20022
- Acceptance, January 25, 2008, 12:22 pm, WASHINGTON, DC 20036

< Back        Return to USPS.com Home >