UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Employees For Environmental Responsibility | ) ) |
| Plaintiff - | ) |
| v. | ) |
| | ) Civil Action No. 1:08-cv-00126(JDB) |
| | )         (ECF) |
| U.S. Fish and Wildlife Service | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND

Defendant, U.S. Fish and Wildlife Services (FWS), by and through undersigned counsel, hereby moves for an additional two week extension of time to file its answer or otherwise respond to Plaintiff's complaint, through and including May 12, 2008. Good cause exists to grant this motion.

1. Defendant's response to Plaintiff's complaint is due on April 28, 2008.

2. Undersigned counsel has been advised by FWS that responsive documents to Plaintiff's Freedom of Information Act (FOIA) request were sent to Plaintiff via FedEx on April 18, 2008 with delivery expected on Monday April 21, 2008. Defendant's counsel advised Plaintiff's counsel of this action on April 18, 2008.

3. This extension is necessary to enable Plaintiff to review the documents provided, allow Plaintiff and Defendant time to resolve any issues regarding the production in order to avoid further litigation.

...
...
...

4. Undersigned counsel has conferred with Plaintiff's counsel pursuant to Local Rule 7(m) and Plaintiff's counsel does not object to the enlargement of time.

5. This is the second request made for an extension of the response deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to May 12, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney

_____/s/_____
Raymond A. Martinez, Tx Bar No. 13144015
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2008, I caused the foregoing *Motion to Extend Time* to be served on *attorneys for* Plaintiff, postage prepaid, addressed as follows:

Paula Dinerstein & Adam E. Draper
Counsel for Plaintiff
Public Employees for Environmental Responsibility
2000 P Street, NW Suite 240
Washington, D.C. 20036
202-265-7337

                                                /s/
                                                Raymond A. Martinez
                                                Special Assistant United States Attorney
                                                555 4th Street, NW
                                                Civil Division
                                                Washington, D.C.  20530
                                                (202) 514-9150
                                                (202) 514-8780 (facsimile)