UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Employees For Environmental Responsibility | ) ) |
| Plaintiff - | ) |
| v. | ) |
| | ) Civil Action No. 1:08-cv-00126(JDB) |
| | )         (ECF) |
| U.S. Fish and Wildlife Service | ) |
| | ) |
| Defendant. | ) |
| | ) |

CONSENT MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND

Defendant, U.S. Fish and Wildlife Services (FWS), by and through undersigned counsel, hereby moves for an additional 1 week extension of time to file its answer or otherwise respond to Plaintiff's complaint, through and including May 19, 2008. Good cause exists to grant this motion.

1. Defendant's response to Plaintiff's complaint is due on May 12, 2008.

2. Undersigned counsel has been advised by FWS that responsive documents to Plaintiff's Freedom of Information Act (FOIA) request have been provided to Plaintiff. However, there are some outstanding issues that the parties are hoping to resolve.

3. This extension is necessary to enable Plaintiff to resolve the outstanding issues regarding the production in order to avoid further litigation.

4. Undersigned counsel has conferred with Plaintiff's counsel pursuant to Local Rule 7(m) and Plaintiff's counsel does not object to the enlargement of time.

5. This is the third request made for an extension of the response deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to May 19, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney

_____/s/_____
Raymond A. Martinez, Tx Bar No. 13144015
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2008, I caused the foregoing *Motion to Extend Time* to be served on *attorneys for* Plaintiff, postage prepaid, addressed as follows:

Paula Dinerstein & Adam E. Draper
Counsel for Plaintiff
Public Employees for Environmental Responsibility
2000 P Street, NW Suite 240
Washington, D.C. 20036
202-265-7337

/s/
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, D.C.  20530
(202) 514-9150
(202) 514-8780 (facsimile)