UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Public Employees For Environmental Responsibility          , | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:08-cv-00126(JDB) ) |
| U.S. Fish and Wildlife Service, | ) ECF ) |
| Defendant. | ) ) |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff, Public Employees For Environmental Responsibility ("PEER"), and Defendant, U.S. Fish and Wildlife Service ("Defendant"), hereby settle and compromise the above-entitled action (the "Litigation") brought under the Freedom of Information Act ("FOIA"), and stipulate and agree to the following provisions:

1. Plaintiff and Defendant, through their authorized representatives, and without admission or final adjudication of the issues of fact or law with respect to Plaintiff's claims have reached a settlement they consider to be an equitable resolution of the litigation.

2. The parties do hereby agree to settle and compromise the claims arising from the acts or omissions that gave rise to the litigation under the terms and conditions set forth herein.

3. Plaintiff acknowledges that on April 17, 2008, Defendant responded to the two FOIA requests that are the subject of this Litigation (2007-00754 and 2007-00746) (collectively referred to herein as the "PEER FOIA Requests"). After reviewing the index and documents Defendant produced, PEER requested in an e-mail dated May 6, 2008 (attached hereto) that the search and production include documents responsive to the PEER FOIA Request up to the

present (defined as May 7, 2008) and that Defendant perform a further search for certain specified documents that fell within the parameters of the PEER FOIA Request but were not produced by Defendant.

4. In exchange for the Plaintiff's promises as described in paragraph 5 of this agreement, Defendant agrees to produce, subject to any applicable FOIA exemptions, the documents requested by PEER in its May 6, 2008 e-mail on or before July 15, 2008. Should PEER have any questions concerning any redactions or withholding of these documents, PEER and Defendant agree to resolve such questions as expeditiously as possible without further litigation. Defendant also agrees to pay PEER's attorney fees and costs in this litigation in the amount of Four Thousand dollars ($4,000.00).

5. In exchange for Defendant's promises as described in paragraph 4 of this agreement, PEER agrees it will release, relinquish, and waive any claims it has or may have had against Defendant arising out of this Litigation.

6. Payment in the amount of $4,000.00 shall be mailed to Peer at the Address listed on the last page of this Agreement, to the attention of Adam Draper, not later than August 1, 2008. The parties agree that this amount represents the entire amount of the compromise settlement. The parties further agree that Defendant is not responsible for any tax liability associated with this payment.

7. PEER agrees that it will not request or seek any other documents from Defendant arising out of the PEER FOIA Requests besides those indicated in paragraph 4 above, or any other fees or cost associated with those Requests or this Litigation.

2

8. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceedings that PEER has brought, could bring, or could have brought regarding the PEER FOIA Requests for any of the information described in this Stipulation of Settlement including any claims that may arise from redactions made or exemptions claimed pursuant to paragraph 4.

9. PEER agrees to release fully the Defendant, its current and former officers, employees, agents, and representatives, from any and all claims and matters resolved by this Stipulation of Settlement, including all claims and issues arising from the PEER FOIA Requests, and claims and issues that were raised or could have been raised in the above-captioned proceeding. PEER and its counsel agree that they will not seek any further relief or bring any further administrative or legal action in any forum against Defendant arising in any way from the PEER FOIA Requests, nor make any other demand for attorney's fees and costs in this proceeding. This Stipulation of Settlement is entered into in full and final disposition, settlement, and satisfaction of PEER's allegations in this case and the issues raised in this proceeding or that could have been raised in this proceeding.

10. This Stipulation of Settlement does not constitute an admission of liability or fault on the part of Defendant, the United States, its officers, agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

11. This Stipulation of Settlement is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

3

12. Execution of this Stipulation of Settlement and Dismissal by counsel for PEER and by counsel for Defendant constitutes a dismissal of this lawsuit, with prejudice, effective upon entry by the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Any and all remaining or appealable issues are waived with prejudice.

13. The parties agree that the Court will retain jurisdiction over this matter to enforce the terms of this stipulation.

14. It is contemplated that this Agreement may be executed in several counterparts, with a separate original signature page for each party.  All such counterparts and signature pages together, shall be deemed to be one document.

Dated: June 24, 2008

Respectfully submitted,

/s/
Noreen Walsh
Assistant Regional Director
U.S. Fish and Wildlife Service
1875 Century Blvd., Suite 200
Atlanta, GA  30345
404-679-7085
Defendant


__/s/_____
Adam Draper
2000 P Street, NW, Suite 240
Washington, D.C. 20036

Counsel for Plaintiff

////s//
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
Raymond A. Martinez, Tx Bar No.13144015
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-9150

Counsel for Defendant


**SO ORDERED**, this ____25-th____ day of ____June____, 2008.

_____
John D. Bates
United States District Judge